JOHN BOTH, Respondent, *v.* ANDREW WESTON, Appellant.

(Submitted June 11, 1935; decided July 11, 1935.)

598

*Kenneth M. Spence* and *James H. Halpin* for appellant.
*Isidore Siegeltuch* and *Myron Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.